Petition for Writ of Mandamus Denied and Memorandum Opinion filed
December 11, 2003









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed December 11, 2003.

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01291-CV

____________

 

IN RE MARTIN CABALLERO, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On November 19, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52. 

Relator=s petition does not conform with the Texas Rules of Appellate Procedure.  See Tex.
R. App. P. 52.3 & 52.7.  We deny relator=s petition for writ of mandamus.  

 

PER CURIAM

 

 

Petition Denied
and Memorandum Opinion filed December 11, 2003.

Panel consists of
Justices Edelman, Frost, and Guzman.